**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Vladimir Alexander L. Swerchowsky, | ) | CASE NO. 1;23 CV 1699 |
| | ) | |
| Plaintiff, | ) | JUDGE PATRICIA A. GAUGHAN |
| | ) | |
| vs. | ) | |
| | ) | |
| U-Haul International, Inc.,  *et al.*, | ) | Memorandum of Opinion and Order |
| | ) | |
| Defendants. | ) | |

This matter is before the Court upon Defendants' Motion to Dismiss Proceedings and

Compel Arbitration (Doc. 8).  The motion is filed on behalf of defendants U-Haul International

Inc., AMERCO, Edward J. Shoen, and Serena Barth.  Plaintiff also named C.T. Corporation

System as a defendant.  Plaintiff did not name U-Haul Co. of Massachusetts and Ohio, Inc. ("U-

Haul"), which, according to defendants, is plaintiff's actual employer.   Plaintiff does not oppose

defendants' motion.

This case arises out of *pro se* plaintiff's employment with U-Haul.  U-Haul is a related

entity to the corporate defendants named in the complaint, with the exception of C.T.

Corporation System.  There are no specific allegations directed at this defendant, but defendants

argue that C.T. Corporation System is simply its statutory agent.  Plaintiff does not dispute this fact.  Accordingly, plaintiff's claims against C.T. Corporation System are dismissed as there are no facts in the complaint stating a claim against this defendant.

The Court further finds that defendants' motion to compel arbitration and dismiss the complaint is well-taken.  Defendants attach an arbitration agreement signed by plaintiff. Defendants argue that all claims in the complaint arise out of plaintiff's employment relationship with U-Haul.  In addition, the arbitration agreement governs all of the remaining defendant entities and individuals.  Accordingly, all claims and parties are subject to binding arbitration. Plaintiff did not file a brief in opposition and, therefore, offers no argument in response. Accordingly, for the reasons stated in the motion and reply brief, defendants' motion is GRANTED.  As all claims are subject to the arbitration agreement, the case is DISMISSED.

IT IS SO ORDERED.


_/s/ Patricia A. Gaughan_____
PATRICIA A. GAUGHAN
United States District Judge

Dated:  11/30/23

2