**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Vladimir Alexander L. Swerchowsky,** | ) | **CASE NO. 1;23 CV 1699** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **U-Haul International, Inc.,** *et al.*, | ) | <u>**Order of Dismissal**</u> |
| | ) | |
| **Defendants.** | ) | |

This Court, having GRANTED Defendants' Motion to Dismiss Proceedings and Compel Arbitration (Doc. 8), hereby DISMISSES this matter.

IT IS SO ORDERED.


/s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Judge

Dated:  11/30/23

1