**Form 1B**
**Notice of Appeal to a Court of Appeals From An Appealable Order of a District court**

FILED
DEC 29 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

United States District Court for the Eastern District of Ohio
Docket Number 11

Vladimir Alexander L. Swerchowsky,
    Plaintiff,    :    Notice of Appeal
v.
U-Haul International Inc., et al.,
    Defendants,    :

Vladimir Alexander L. Swerchowsky appeal to the United States Court of Appeals for the Sixth Circuit from the order <u>Order of Dismissal, CASE NO. 1:23-cv-01699</u> by JUDGE PATRICIA A. GAUGHAN, entered on 11/30/2023.

(s) Vladimir Alexander L. Swerchowsky
Pro Se Plaintiff
    Address: 1380 Riverside Dr #10
    Lakewood Ohio 44107