# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 24-3007

_____

Filed: March 26, 2025
1:23-cv-01699-PAG

VLADIMIR ALEXANDER L. SWERCHOWSKY

    Plaintiff - Appellant

v.

U-HAUL INTERNATIONAL, INC.; AMERCO, nka U-Haul Holding Company; EDWARD J. SHOEN; SERENA BARTH

    Defendants - Appellees


## MANDATE

  Pursuant to the court's disposition that was filed 02/11/2025 the mandate for this case hereby issues today.   Affirmed.


COSTS:  None