# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

June 12, 2025

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH  45202-3988

    Re:  Vladimir Alexander L. Swerchowsky
        v. U-Haul International, Inc., et al.
        No. 24-7412
        (Your No. 24-3007)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on June 6, 2025 and placed on the docket June 12, 2025 as No. 24-7412.

Sincerely,

**Scott S. Harris**, Clerk

by

Pipa Fisher
Case Analyst