# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

October 6, 2025

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH  45202-3988

**FILED**
Oct 08, 2025
KELLY L. STEPHENS, Clerk

Re: Vladimir Alexander L. Swerchowsky
v. U-Haul International, Inc., et al.
No. 24-7412
(Your No. 24-3007)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*Scott S. Harris*

**Scott S. Harris**, Clerk